UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00508-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

PAMELA S. GUERRERO,

        Defendant,

  and

LA BAMBA LOUNGE,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee LA BAMBA LOUNGE shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

                                    BY THE COURT:

Dated: <u>May 31, 2006</u>                  s/ Edward W. Nottingham
                                           UNITED STATES DISTRICT JUDGE